UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 22-727(GC) |
| | : | |
| v. | : | **CONSENT ORDER MODIFYING CONDITIONS OF RELEASE** |
| | : | |
| MAURICE NOGUEIRA | | |

**THIS MATTER** having been opened to the Court by defendant, Maurice Nogueira, through his attorney Michael N. Pedicini, Esq., in the presence of and with the consent of the United States of America, (Vinay Limbachia, Esq., Assistant United States Attorney appearing) for an Order permitting Pre-Trial Services to release a photocopy of the passport of Maurice Nogueira; and the Court having considered the matter and for good and sufficient cause shown;

**IT IS** on this 4th day of April, 2023;

**ORDERED** that Pre-trial Services shall be permitted to release a photocopy of the passport of Maurice Nogueira to him; and it is further

**ORDERED** that Pre-Trial Services shall maintain custody of Maurice Nogueira's original passport; and it is further

**ORDERED** that all other conditions of release of Defendant Maurice Nogueira heretofore imposed shall remain in full force and effect until further Order of this Court.

/s/ *Georgette Castner*
---
HONORABLE GEORGETTE CASTNER
UNITED STATES DISTRICT JUDGE

I hereby consent to the form and entry of the within Order.

/s/ Vinay Limbachia
VINAY LIMBACHIA, ESQ.
Assistant U.S. Attorney


MICHAEL N. PEDICINI, ESQ.
Attorney for Defendant,
Maurice Nogueira